UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FILED'09 JAN 14 12:35USDC-ORE

LINDLEY CONTOURS, LLC, AND
NORMAN LINDLEY,

    Plaintiffs,

vs.

AABB FITNESS HOLDINGS, INC., f/k/a
CONTOURS EXPRESS, INC., CONTOURS
EXPRESS, LLC, THOMAS D.
CHRISTOPOUL, WILLIAM G. HELTON,
JR., PAUL M. MCNICOL, ANDREW
RUSSELL, MAYO S. STUNTZ, JR., DAREN
CARTER, MICHAEL WIDENER, CLINTON
C. COOPER, MARY SCHRAD, PILOT
GROUP LLC, PILOT GROUP L.P., AND
PGCE, INC.

    Defendants.

Case No: 6:08-cv-06408-TC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

    As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice*:

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

    (A) **Personal Data:**

        (1) Name: **Darren K. Sharp**

        (2) Firm or Business Affilliation: **Armstrong Teasdale LLP**

        (3) Mailing Address, City, State and Zip Code: **2345 Grand Blvd., Suite 2000, Kansas City, Missouri 64108**

        (4) Business E-mail Address: **dsharp@armstrongteasdale.com**

        (5) Business Telephone Number: **(816) 221-3420**

        (6) Fax Telephone Number: **(816) 221-0786**

    (B) **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

ORX16 0000.2991

(1) State Bar Admissions: Name of court; admissions standing; date of admission; and BAR ID number: **State of Nebraska, in good standing; date of admission: September 1997, Bar # 21327; State of Missouri, in good standing, date of admission: April 1999, Bar # 50841; State of Kansas, in good standing, date of admission: April 2000, Bar # 19532; State of Colorado, in good standing, date of admission: November 2000, Bar # 32454.**

(2) Federal Bar Admissions: Name of Court; admissions standing; date of admission; and BAR ID number: **United States District Court for the District of Nebraska, in good standing, May 2008, Bar # 21357; United States District Court for the Western District of Missouri, in good standing, April 1999, Bar # 50841; United States District Court for the District of Kansas, in good standing, April 2000, Bar # 19532; United States District Court for the District of Colorado, in good standing, November 2002, Bar # 32454.**

Certification of Disciplinary Proceedings:

__X__ I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or admissinstrative agency; or,

____ I certify that I am now, or have been subject, to disciplinary action form a state or federal bar association or administrative agency. (attach a letter of explanation to this application.)

(C) **Certification of Professional Liability Insurance:** I have a professional liability insurance policy which is current and will apply in this case, and that policy will remain in effect during the court of these proceedings.

(D) **Representation Statement:** I am representing the following party(s) in this case: AABB Fitness Holdings, Inc., f/k/a Contours Express, Inc., Contours Express, LLC, Thomas D. Christopoul, William G. Helton, Jr., Paul M. McNicol, Andrew Russell, Mayo S. Stuntz, Jr., Daren Carter, Michael Widener, Clinton C. Cooper, Mary Schrad, Pilot Group LLC, Pilot Group L.P., and PGCE, Inc.

(E) **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I consent to electronic service pursuant to the Fed. R. Civ. P 5(b)(2)(D) and LR 100.2(c).

2. **Certification of Associated Local Counsel:** I certified the information contained in this application is true, that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

DATED this _13th_ day of _January_, 200_9_.

_____
(Signature of Local Counsel)
John F. McGrory, Jr.
Davis Wright Tremane LLP
1300 SW Fifth Avenue
Portland, Oregon 97201-5630
(503) 241-2300
(503) 778-5299 (facsimile)

_____
(Signature of Pro Hac Counsel)
Darren K. Sharp
Armstrong Teasdale LLP
2345 Grand Blvd., Ste. 2000
Kansas City, Missouri 64108
dsharp@armstrongteasdale.com
(816) 221-3420
(816) 221-0786 (facsimile)

## COURT ACTION

✓ Application approved subject to payment of fees
___ Application approved and fee waived
___ Application denied

1/14/09
Date

_____
United States District Judge

cc:   Counsel of Record