John F. McGrory, Jr., OSB #813115
johnmcgrory@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Darren K. Sharp, attmitted *pro hac vice*
dsharp@armstrongteasdale.com
Edward R. Spalty, admitted *pro hac vice*
espalty@armstrongteasdale.com
David A. Jermann, admitted *pro hac vice*
djermann@armstrongteasdale.com
**ARMSTRONG TEASDALE LLP**
2345 Grand Blvd., Ste. 2000
Kansas City, Missouri 64108
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON, AT EUGENE

| | |
|---|---|
| **LINDLEY CONTOURS, LLC**, AND **NORMAN LINDLEY**,<br><br>Plaintiffs,<br><br>vs.<br><br>**AABB FITNESS HOLDINGS, INC.**, f/k/a **CONTOURS EXPRESS, INC., CONTOURS EXPRESS, LLC, THOMAS D. CHRISTOPOUL, WILLIAM G. HELTON, JR., PAUL M. MCNICOL, ANDREW RUSSELL, MAYO S. STUNTZ, JR., DAREN CARTER, MICHAEL WIDENER, CLINTON C. COOPER, MARY SCHRAD, PILOT GROUP LLC, PILOT GROUP L.P.**, AND **PGCE, INC**.<br><br>Defendants. | Case No:6:08-CV-6408-TC<br><br>**DEFENDANTS' MOTION TO DISMISS FOR ARBITRATION OR, IN THE ALTERNATIVE, MOTION TO DISMISS CERTAIN DEFENDANTS FOR LACK OF PERSONAL JURISDICTION**<br><br>**REQUEST FOR ORAL ARGUMENT** |

Counsel for Defendants certifies, pursuant to L.R. 7.1(a), that the parties made a good faith effort through telephone conference to resolve their disputes, but have been unable to do so.

Defendants AABB Fitness Holdings, Inc. f/k/a Contours Express, Inc., Contours Express, LLC, Thomas D. Christopoul, William G. Helton, Jr., Paul M. McNicol, Andrew Russell, Mayo S. Stuntz, Jr., Daren Carter, Michael Widener, Clinton C. Cooper, Mary Schrad, Pilot Group LLC, Pilot Group L.P. and PGCE, Inc. (collectively, "Defendants"), move the Court to dismiss this case. The parties agreed that "disputes arising under or in connection with this [Franchise] Agreement that cannot be amicably settled, shall be determined solely and exclusively by binding arbitration under the auspices of the American Arbitration Association." Plaintiffs should be required to abide by their contractual obligation and seek redress of their complaints in arbitration, not this Court. Because there are no claims which can be brought in this Court, plaintiffs' Compaint should be dismissed without prejudice.

In the alternative, if the Court does not dismiss the case in its entirety so the parties may arbitrate their dispute, then the Court should dismiss defendants Thomas D. Christopoul, William G. Helton, Jr., Paul M. McNicol, Andrew Russell, Mayo S. Stuntz, Jr., Daren Carter, Michael Widener, Clinton C. Cooper, Mary Schrad, Pilot Group LLC, Pilot Group L.P. and PGCE, Inc. because they do not have sufficient minimum contacts with Oregon to satisfy Oregon's Long-Arm statute or due process.

In support of this Motion, Defendants submit contemporaneously their Memorandum of Law in Support, the Declaration of John F. McGrory, Jr., and the Affidavits of Thomas Christopoul, Mary Schrad, Clinton Cooper, Michael Widener, William Helton, Daren Carter, Andrew Russell, Mayo S. Stuntz, Jr., and Paul McNicol.

Dated this <u>16th</u> day of January, 2009.

**DAVIS WRIGHT TREMAINE LLP**

By <u>*/s/ John F. McGrory, Jr.*</u>
John F. McGrory, Jr.
OSB #815115
Telephone: (503) 241-2300
johnmcgrory@dwt.com
Attorneys for Defendants

Page 3 - DEFENDANTS' MOTION TO DISMISS
DWT 12335260v1 0088919-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300