Randy C. Rubin, OSB #99102
randy@randyrubin.com
**Attorney At Law, P.C.**
836 W. Military, Suite 206
Roseburg, OR  97471
Telephone:   (541) 677-7102
Facsimile:    (541) 673-2180

W. Michael Garner, admitted *pro hac vice*
wmgarner@dadygarner.com
**DADY & GARNER, P.A.**
5100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone:   (612) 359-3515
Facsimile:    (612) 359-3507
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON, AT EUGENE

| | |
|---|---|
| **LINDLEY CONTOURS, LLC,** AND **NORMAN LINDLEY,**<br><br>                    Plaintiffs,<br><br>vs.<br><br>**AABB FITNESS HOLDINGS, INC.,** f/k/a **CONTOURS EXPRESS, INC.; CONTOURS EXPRESS, LLC; THOMAS D. CHRISTOPOUL; WILLIAM G. HELTON, JR., PAUL M. MCNICOL; ANDREW RUSSELL; MAYO S. STUNTZ, JR.; DARREN CARTER; MICHAEL WIDENER; CLINTON C. COOPER; MARY SCHRAD, PILOT GROUP LLC, PILOT GROUP L.P.,** AND **PGCE, INC.,**<br><br>                    Defendants. | Case No:  6:08-cv-06408-TC<br><br>**NOTICE OF DISMISSAL OF INDIVIDUAL CLAIMS OF NORMAN LINDLEY** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Norman Lindley, by his attorneys, hereby dismisses his individual claims in this action with prejudice. The claims of Lindley Contours, LLC remain.

Dated this 3rd day of February, 2009.

**RANDY C. RUBIN**

By s/Randy C. Rubin
Randy C. Rubin
OSB #99102
Telephone: (541) 677-7102
randy@randyrubin.com

and

**DADY & GARNER, P.A.**

By s/W. Michael Garner
W. Michael Garner, admitted *pro hac vice*
Telephone: (612) 359-3515
wmgarner@dadygarner.com

Attorneys for Plaintiffs