Randy C. Rubin, OSB #99102
randy@randyrubin.com
**Attorney At Law, P.C.**
836 W. Military, Suite 206
Roseburg, OR  97471
Telephone:   (541) 677-7102
Facsimile:    (541) 673-2180

W. Michael Garner, admitted *pro hac vice*
wmgarner@dadygarner.com
**DADY & GARNER, P.A.**
5100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone:   (612) 359-3515
Facsimile:    (612) 359-3507
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON, AT EUGENE

| | |
|---|---|
| **LINDLEY CONTOURS, LLC,** AND **NORMAN LINDLEY,**<br><br>              Plaintiffs,<br><br>vs.<br><br>**AABB FITNESS HOLDINGS, INC.,** f/k/a **CONTOURS EXPRESS, INC.; CONTOURS EXPRESS, LLC; THOMAS D. CHRISTOPOUL; WILLIAM G. HELTON, JR., PAUL M. MCNICOL; ANDREW RUSSELL; MAYO S. STUNTZ, JR.; DARREN CARTER; MICHAEL WIDENER; CLINTON C. COOPER; MARY SCHRAD, PILOT GROUP LLC, PILOT GROUP L.P.,** AND **PGCE, INC.,**<br><br>              Defendants. | Case No:  6:08-cv-06408-TC<br><br>**NOTICE OF DISMISSAL OF CLAIMS AGAINST MARY SCHRAD** |

Page 1 of 2 - Notice of Dismissal of Claims against Mary Schrad

Please take notice that Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs hereby dismiss with prejudice all claims asserted against Defendant Mary Schrad.

Dated this 10th day of February, 2009.

        **RANDY C. RUBIN**

        By  s/Randy C. Rubin
        Randy C. Rubin
        OSB #99102
        Telephone:  (541) 677-7102
        randy@randyrubin.com

        and

        **DADY & GARNER, P.A.**

        By  s/W. Michael Garner
        W. Michael Garner, admitted *pro hac vice*
        Telephone:   (612) 359-3515
        wmgarner@dadygarner.com

        Attorneys for Plaintiffs