FILED '09 JUN 11 11:34 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDLEY CONTOURS, LLC, AND,
NORMAN LINDLEY,

        Plaintiffs,

    vs.

ABBA FITNESS HOLDINGS, INC.,
f/k/a CONTOURS EXPRESS, INC.,
et al.,

        Defendants.

O R D E R

Civ. No. 08-6408-TC

AIKEN, Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on April 20, 2009. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Plaintiffs have timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the

1 - ORDER

Magistrate's Findings and Recommendation (doc. 30) that defendants' motion to dismiss (doc. 6) is granted. This case is dismissed.

IT IS SO ORDERED.

Dated this 9 day of June 2009.

_____
Ann Aiken
United States District Judge

2 - ORDER