FILED '09 JUN 11 11:47 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LINDLEY CONTOURS, LLC, and
NORMAN LINDLEY,

          **Plaintiffs,**

v.                                                                    Civil No. 08-6408-TC

AABB FITNESS HOLDINGS, INC.,
f/k/a CONTOURS EXPRESS, INC., et al,

          **Defendants.**

# JUDGMENT

This action is dismissed.

Dated: June 11, 2009.

      MARY L. MORAN, ACTING CLERK OF COURT

      by  *[signature]*
            Leslie Engdall, Deputy

**JUDGMENT**                                                    DOCUMENT NO: _____