United States District Court For The District of Oregon

District of Oregon

File Number: 6-08-6408-TC

**LINDLEY CONTOURS, LLC,**
and **NORMAN LINDLEY,**

           Plaintiffs,

vs.                                                                  **NOTICE OF APPEAL**

**AABB FITNESS HOLDINGS, INC.,**
f/k/a **CONTOURS EXPRESS, INC.;**
**CONTOURS EXPRESS, LLC;**
**THOMAS D. CHRISTOPOUL;**
**WILLIAM G. HELTON, JR.,**
**PAUL M. MCNICOL;**
**ANDREW RUSSELL;**
**MAYO S. STUNTZ, JR.;**
**DARREN CARTER;**
**MICHAEL WIDENER;**
**CLINTON C. COOPER;**
**MARY SCHRAD, PILOT GROUP LLC,**
**PILOT GROUP L.P., and PGCE, INC.,**

           Defendants.

    Notice is hereby given that Lindley Contours, LLC, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the final judgment entered in this action on the 9th day of June 2009.

                                    <u>s/W. Michael Garner</u>
                                    Attorney for Plaintiffs
                                    W. Michael Garner, admitted *pro hac vice*
                                    Dady & Garner, P.A.
                                    5100 IDS Center
                                    80 South 8th Street
                                    Minneapolis, MN  55402
                                    Telephone:  (612) 359-3515
                                    Facsimile:  (612) 359-3507
                                    Email:  <u>wmgarner@dadygarner.com</u>

                                    Attorneys for Plaintiffs



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: OREGON | JUDGE: AIKEN |
|---|---|---|
| SEE ATTACHED CAPTION | DISTRICT COURT NUMBER: 08-6408-TC | |
| | DATE NOTICE OF APPEAL FILED: JULY 8, 2009 | IS THIS A CROSS APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Lindley Contours, LLC, a former franchisee of "Contours Express," a franchisor of women's fitness gyms, seeks recovery from the franchisor for its misrepresentations, violations of franchise laws unfair trade practices, and breaches of contract in connection with the sale of franchises for "Contours Express" women's fitness centers.
The U.S. District Court dismissed the case upon Defendant's Motion to Dismiss in favor of arbitration.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Whether the lower court erred by dismissing Plaintiff's case when the Defendants engaged in acts inconsistent with any right to arbitrate; when Plaintiffs were prejudiced by those inconsistent acts; when individual Defendants have no right to arbitrate; and when Defendants are legally estopped from compelling arbitration.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

None.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☒ Possibility of Settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION | | | |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☐ FEDERAL QUESTION<br>☒ DIVERSITY<br>☐ OTHER (SPECIFY): | ☒ FINAL DECISION OF DISTRICT COURT<br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☒ DISMISSAL/JURISDICTION<br>☐ DISMISSAL/MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT/COURT DECISION<br>☐ JUDGMENT/JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☐ OTHER (SPECIFY): | ☒ DAMAGES:<br>SOUGHT $ 850,000<br>AWARDED $<br>☐ INJUNCTIONS:<br>☐ PRELIMINARY<br>☐ PERMANENT<br>☐ GRANTED<br>☐ DENIED<br>☐ ATTORNEY FEES:<br>SOUGHT $<br>AWARDED $<br>☐ PENDING<br>☐ COSTS: $ |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

| s/W. Michael Garner | July 8, 2009 |
|---|---|
| Signature | Date |

## COUNSEL WHO COMPLETED THIS FORM

| NAME | W. MICHAEL GARNER, ESQ. | | |
|---|---|---|---|
| FIRM | DADY & GARNER, P.A. | | |
| ADDRESS | 5100 IDS CENTER, 80 SOUTH 8TH STREET | | |
| CITY | MINNEAPOLIS | STATE MINNESOTA | ZIP CODE 55402 |
| E-MAIL | wmgarner@dadygarner.com; bjbertram@dadygarner.com | TELEPHONE 612-359-9000 | |
| FAX | 612-359-3507 | | |

**THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL.**
**IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.**

LINDLEY CONTOURS, LLC,
and NORMAN LINDLEY,

                Plaintiffs,

vs.                                      **FULL CASE TITLE FOR DOCKETING STATEMENT**

AABB FITNESS HOLDINGS, INC.,
f/k/a CONTOURS EXPRESS, INC.;
CONTOURS EXPRESS, LLC;
THOMAS D. CHRISTOPOUL;
WILLIAM G. HELTON, JR.,
PAUL M. MCNICOL;
ANDREW RUSSELL;
MAYO S. STUNTZ, JR.;
DARREN CARTER;
MICHAEL WIDENER;
CLINTON C. COOPER;
MARY SCHRAD, PILOT GROUP LLC,
PILOT GROUP L.P., and PGCE, INC.,

                Defendants.

FILED '09 APR 20 16:01 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LINDLEY CONTOURS, LLC, AND NORMAN LINDLEY,<br>　　　　　　Plaintiffs<br><br>　　　v.<br><br>ABBA FITNESS HOLDINGS, INC., f/k/a CONTOURS EXPRESS, INC., et al.,<br><br>　　　　　　Defendants | Civil No. 08-6408-TC<br><br>FINDINGS AND RECOMMENDATION |

COFFIN, Magistrate Judge:

Presently before the court is defendants' motion (#6) to dismiss for arbitration, or, in the alternative, to dismiss certain defendants for lack of jurisdiction. For the reasons set forth below, this action should be dismissed.

## Factual Background

This case arises from a dispute between a franchisee and franchisor. Their business relationship is governed by terms of their franchise agreements which state that disputes shall be determined by binding arbitration. Plaintiff Lindley Contours, LLC, does not dispute the existence or general applicability of the arbitration clause, but contends that it was waived.

## Legal Background

Waiver of the right to arbitrate is not favored under the law. Fisher v. A.G. Becker Paribas, Inc., 791 F.2d 691, 694 (9th Cir. 1986). An examination of whether the right to seek arbitration has been waived must be conducted in light of the "strong federal policy favoring enforcement of arbitration agreements." Id. A party arguing that an arbitration agreement was waived bears a "heavy burden." Id.

In order to prove that a party waived its right to compel arbitration, the party opposing the arbitration must demonstrate:

> (1) knowledge of an existing right to compel arbitration;
>
> (2) acts inconsistent with that existing right; and
>
> (3) prejudice to the party opposing arbitration resulting from such inconsistent acts.

Id.

## Discussion

As discussed in more detail below, plaintiff did not meet its burden of demonstrating that the arbitration agreement has been waived. The first prong of the waiver test is met. However, it is less than clear if the second required prong of the waiver test is met. And it is clear the third required prong of prejudice is not met. Demonstrating prejudice to the party arguing in favor of waiver is "no easy task." Hoffman v. Swift Transp. Co., Inc., Civ.No. 07-321-AS, 2007 WL 4268769 at *2 (D. Or. Nov. 30, 2007).

2 - FINDINGS AND RECOMMENDATION

Plaintiff argues that certain defendants took actions in a prior related action in a state court in Missouri that were inconsistent with their right to arbitrate, see Opposition (#23) at p. 2. Plaintiff also argues that it was prejudiced by such acts.

Defendants cite several persuasive cases where it was held that engaging in litigation prior to asserting arbitration rights did not amount to a waiver of the right to arbitrate. See p.p. 7-12 of Reply(#26). For example, in Britton v. Co-op Banking Group, 916 F.2d 1405, 1413 (9th Cir. 1990) the court did not find prejudice despite two previous years of discovery and motion practice. In Allied v. Systems Co. v. Marinetter Marine Corp., Civ. No. 99-368-ST, 1999 WL 632708 (D. Or. Aug. 20, 1999), the court rejected arguments of waiver despite a full range of litigation activities spanning over 13 months in a prior action. Defendant in the prior action had not asserted the right to arbitration, but instead filed a motion to dismiss, filed discovery requests and took depositions, and filed an answer and counterclaim. The Allied Court rejected an argument that there was prejudice based on the time and resources spent on discovery in the previous case and cited Britton. The Allied Court noted that defendant had done nothing in its second case except file the motion for arbitration. Such situation is generally similar to the case presently before this court - - including the fact that defendants here have only removed this action and filed the present motion regarding arbitration and personal jurisdiction.

It is also noteworthy that the prior claims asserted by Lindley Contours in Missouri did not include claims asserted in this action. Claims asserted in this action, but not in the prior Missouri action,

3 - FINDINGS AND RECOMMENDATION

include claims for violations of the Oregon Franchise Act, common law fraud, negligent misrepresentation, and violations of Oregon's Unlawful Trade Practices Act. Moreover, there are several new defendants in the present action who were not named in the prior Missouri action. Plaintiff conceded at oral argument that these new defendants' personal assets are at risk in the present action. The new defendants did not do anything in the Missouri action, and, as such, they obviously have not acted inconsistently with their arbitration rights in Missouri. Nor have they acted inconsistently with their arbitration rights in the present action. And there can be no prejudice to plaintiff resulting from their lack of inconsistent action in either lawsuit.[1]

Plaintiff did not meet its burden of demonstrating that the arbitration agreement has been waived.

All of plaintiff's other arguments have been considered and found unpersuasive.

---

[1] Plaintiff cites Hoffman Construction Co. of Oregon v. Active Erectors, 969 F.2d 796 (9th Cir. 1992) and summarizes that case as one in which the "party who litigated in state court waived right to compel arbitration in subsequent action raising a new legal claim based on the same facts in federal court," Opposition(#23) at p. 14. However, Hoffman Constructive Co. is legally and factually distinguishable from the case before this court: Unlike the situation in the present case, the previous related state court case discussed in Hoffman was taken all the way through a lengthy trial, and, moreover, the Hoffman court based its decision on res judicata. It should also be noted that the case presently before this court has several new defendants and several new claims not in the prior case in Missouri.

4 - FINDINGS AND RECOMMENDATION

## Conclusion

Defendants' motion (#6) to dismiss should be allowed and this action should be dismissed.

DATED this 20t day of April, 2009.

／s／ Thomas M. Coffin
THOMAS M. COFFIN
United States Magistrate Judge

5 - FINDINGS AND RECOMMENDATION

FILED '09 JUN 11 11:34 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDLEY CONTOURS, LLC, AND,
NORMAN LINDLEY,

        Plaintiffs,

    vs.

ABBA FITNESS HOLDINGS, INC.,
f/k/a CONTOURS EXPRESS, INC.,
et al.,

        Defendants.

O R D E R

Civ. No. 08-6408-TC

AIKEN, Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on April 20, 2009. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Plaintiffs have timely filed objections. I have, therefore, given the file of this case a _de novo_ review. I ADOPT the

1 - ORDER

Magistrate's Findings and Recommendation (doc. 30) that defendants' motion to dismiss (doc. 6) is granted. This case is dismissed.

IT IS SO ORDERED.

Dated this 9 day of June 2009.

_____
Ann Aiken
United States District Judge

2 - ORDER

FILED '09 JUN 11 11:47 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

LINDLEY CONTOURS, LLC, and
NORMAN LINDLEY,

            **Plaintiffs,**

v.

Civil No. 08-6408-TC

AABB FITNESS HOLDINGS, INC.,
f/k/a CONTOURS EXPRESS, INC., et al,

            **Defendants.**

## JUDGMENT

This action is dismissed.

Dated: June 11, 2009.

MARY L. MORAN, ACTING CLERK OF COURT

by _[signature]_
Leslie Engdall, Deputy

JUDGMENT

DOCUMENT NO: _____

## REPRESENTATION STATEMENT

W. Michael Garner, Esq.
Dady & Garner, P.A.
5100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone:      612-359-3515
Facsimile:  612-359-3507
Email:      wmgarner@dadygarner.com

ATTORNEYS FOR PLAINTIFF LINDLEY CONTOURS, LLC


John F. McGrory, Jr.
David Wright Tremaine, LLP
1300 S.W. 5th Avenue
Suite 2300
Portland, OR  97201
Phone:      503-241-2300
Facsimile:  503-778-5299
Email: johnmcgrory@dwt.com

ATTORNEYS FOR DEFENDANTS


Edward R. Spalty
David A. Jermann
Armstrong Teasdale LLP
2345 Grand Boulevard
Suite 2000
Kansas City, Missouri 64108-2617
Phone: 816-221-3420
Fax: 816-221-0786
Email: espalty@armstrongteasdale.com
       djermann@armstrongteasdale.com

ATTORNEYS FOR DEFENDANTS



(Check from Dady & Garner, P.A. Trial Lawyers, 5100 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, US Bank, Check #22139, dated 07/07/2009, pay to the order of U.S. District Court for the District of Oregon, amount: Four Hundred Fifty-Five & No/100 Dollars ($455.00). Invoice #070109, Reference: Lindley, handwritten note: "Civil Case No. 6-08-6408-TC")